NUMBER 13-00-730-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


MARY J. RUTZ
, Appellant,


v.



FIRST VICTORIA NATIONAL BANK
, Appellee.

____________________________________________________________________


On appeal from the 267th District Court


of Victoria County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Dorsey and Rodriguez


Opinion Per Curiam


 Appellant, MARY J. RUTZ, perfected an appeal from a judgment
entered by the 267th District Court of Victoria County, Texas, in cause
number 00-3-54,631-CC. After the notice of appeal was filed, appellant
filed a motion to dismiss the appeal. In the motion, appellant states that
this case has been resolved and appellant no longer wishes to prosecute
this appeal. Appellant requests that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellant's
motion to dismiss the appeal, is of the opinion that the motion should be
granted. Appellant's motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 21st day of December, 2000.